## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 08-1293 JVS (RNBx) | Date | April 13, 2012 |

| | |
|---|---|
| Title | The Investment and Money Group Inc., et al. v. National Union Fire Insurance Co., et al. |

| | |
|---|---|
| Present: The Honorable | James V. Selna |

| | |
|---|---|
| Karla J. Tunis | Not Present |
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     (In Chambers)
Order to Show Cause Re Failure to Comply with Court's Order


On April 15, 2009, the Court stayed this action pending Arbitration proceedings. The Court removed the matter from the Court's active caseload on that date and ordered "counsel to file a joint report of the status not later than August 3, 2009, and every 90 days thereafter." The Court received status reports through July 29, 2011. As of today the Court has not received the joint status reports that were due on in October 2011 and January 2012.

The Court hereby orders the parties to show cause (OSC) , in writing, not later than May 1, 2012, why sanctions should not be issued for failure to file the required joint status report.   The Court will consider filing of the joint status report, on or before May 1, 2012 as an appropriate response to this OSC.


| | | : | 00 |
|---|---|---|---|
| Initials of Preparer | | kjt | |